EXHIBIT "A"



DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE

Food and Drug Administration



MAY 31 1979

Mr. Glenn P. Witte
International Association of
Ice Cream Manufacturers
910 Seventeenth Street, N.W.
Washington, D.C. 20006

Dear Mr. Witte:

This is in reply to your letter of May 11, 1979 concerning the
labeling of ice cream containing naturally derived non-vanilla
bean flavoring compounds to enhance, simulate and/or intensify
flavor derived from vanilla bean.

The federal standard for ice cream 21 CFR 135.110 , has, since
its promulgation in the early 1960's, provided for a system for
designating characterizing flavors in ice cream which has come
to be referred to as the "3 category flavor labeling". The
system recognizes three distinct types of ice cream, based on
the use of natural and various combinations of natural and
artificial flavors that characterize this food. The designation
of a characterizing flavor for category I ice cream is based on
the premise that only natural flavor derived from the product
whose flavor is simulated may be used. The flavor designation
for category II ice cream is on the basis that the product con-
tains both natural and artificial flavor, but the natural flavor
predominates, whereas in category III the artificial flavor pre-
dominates.

The definition and standard of identity as it pertains to the
designation of flavors in the identity statement for ice cream
was established long before the development of the general flavor
regulations published under 21 CFR 101.22. Consequently, the
labeling requirements for the declaration of flavors in the name
of ice cream are specifically provided for by the standard. The
general flavor regulations are not applicable to this standardized
food.

While the requirements for flavor designation for category I ice
cream are not all inclusive as written, the historical and current
interpretation I believe is that the flavor agent for vanilla ice
cream (a category I product) is limited to vanilla bean and/or
flavor derived from vanilla beans.

It is our understanding that there are available in the market
place, natural flavoring compounds that resemble, simulate and/or
enhance vanilla flavor but are not derived from vanilla bean. These
flavor compounds would not comply with the intent of the flavor
provisions of Category I ice cream. However, they would qualify
for category II labeling (vanilla flavored ice cream) provided that
the flavor derived from vanilla beans predominates.

Sincerely yours,

Taylor M. Quinn
Associate Director
for Compliance
Bureau of Foods