```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANCINE CIVELLO, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

                Plaintiff,

    - against -

CONOPCO, INC.

                Defendant.

20 CV 1173 (VM)

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    The Clerk's Office is respectfully directed to close the case.

**SO ORDERED.**

Dated:    30 December 2022
            New York, New York

*Victor Marrero*
U.S.D.J.